Thornton Davidson #166487
THORNTON DAVIDSON, P.C.
2025 West Shaw Ln., Ste. 101-C
Fresno, CA 93711
Tel.: (559) 476-5066
Fax.: (559) 421-0368
Email: thornton@thorntondavidsonlaw.com

Attorneys for Plaintiffs SHARP INSPECTION GROUP, INC.,
ROBERT SHARP, and FRED SHARP

# UNITED STATES DISTICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

s

| | |
|---|---|
| SHARP INSPECTION GROUP, INC., ROBERT SHARP, and FRED SHARP<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, a Public Entity and MARC LEE, an individual,<br><br>Defendants. | Case No.: 2:19-cv-02156-MCE-KJN<br><br>**STIPULATION RE: EXTENSION OF PLAINTIFF'S TIME TO FILE THIRD AMENDED COMPLAINT; ORDER THEREON** |

IT IS HEREBY stipulated by and between Plaintiffs, SHARP INSPECTION GROUP et al. ("Plaintiffs"), by and through their attorneys of record, Thornton Davidson, Thornton Davidson, P.C., and Defendants CITY OF SACRAMENTO et al. ( "Defendants"), by and through their attorney of record, Melissa D. Bickel, Senior Deputy City Attorney, Sacramento City Attorney's Office, that:

1. Plaintiffs filed their Complaint for Breach of Contract, etc., on October 25, 2019, which was served on Defendants.

2. Prior to Defendants' filing of responsive pleadings, Plaintiffs filed a First Amended Complaint on October 29, 2019, which was also served on Defendants.

3. In response to Plaintiffs' First Amended Complaint, Defendants filed a Motion to Dismiss pursuant to FRCP Rule 12(b)(6) and (7), which was scheduled for hearing on January 23, 2020. One of the objections raised on Defendants' Motion was that Psomas, Inc. ("Psomas"), the Prime Contractor under which Plaintiffs worked, was an indispensable party to the litigation. Plaintiffs contended that Psomas had not been sued because Plaintiffs were completing contractual mediation with Psomas which was required by their contract; Plaintiffs additionally maintained that they were required to omit Psomas from their initial Complaint and First Amended Complaint because of the deadline by which to sue Defendants herein.

4. On January 2, 2020, Plaintiffs filed a Second Amended Complaint, also served on Defendants.

5. On January 22, 2020, the parties entered into Stipulation permitting Plaintiff to file a Third Amended Complaint which would include Psomas as a defendant. The Stipulation further required the Plaintiff to file their Third Amended Complaint within 10 days of the Court's Order on the Stipulation, which was entered on February 12, 2020. Plaintiffs have yet to file their Third Amended Complaint.

6. Plaintiffs and Psomas are presently involved in further mediation stemming from their January 14, 2020, mediation. Accordingly, in order to determine whether Plaintiffs' claims against Psomas can be resolved, which would necessarily include those against Defendants herein, the parties agree that Plaintiffs' deadline to file a Third Amended Complaint is extended to June 16, 2020.

7. In the event Plaintiffs and Psomas are not able to settle the case, inclusive of Defendants, Defendants retain the right to refile their Motion to Dismiss following service of Plaintiff's Third Amended Complaint.

8. Any time periods affecting Plaintiffs or Defendants will be tolled from the entering of this Stipulation and June 16, 2020, so that neither party is prejudiced by the stipulated extension.

THORNTON
DAVIDSON, P.C.
2520 W. Shaw Lane,
Ste. 101-C
Fresno, CA 93711

2
STIPULATION RE: FILING OF THIRD AMENDED COMPLAINT

DATED: March 16, 2020                    THORNTON DAVIDSON, P.C.

_____/s/_____
Thornton Davidson
Attorneys for Plaintiffs FRED SHARP et al.

DATED: March 16, 2020                    SUSANA ALCALA WOOD, City Attorney

_____/s/_____
MELISSA D. BICKEL, Senior Deputy
City Attorney for Defendants CITY OF
SACRAMENTO, a Public Entity and
MARC LEE, an individual

IT IS SO ORDERED.

DATED: March 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE