SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**MELISSA D. BICKEL, Senior Deputy City Attorney (SBN 209914)**
mbickel@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and MARC LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP INSPECTION GROUP, INC.; ROBERT SHARP; and FRED SHARP,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a Public Entity; and MARC LEE, an individual,<br><br>Defendants. | Case No.:  2:19-cv-02156-MCE-KJN<br><br>**STIPULATION AND ORDER TO DISMISS (FRCP 41); ORDER THEREON** |

It is hereby stipulated between Plaintiffs SHARP INSPECTION GROUP, INC., ROBERT SHARP and FRED SHARP, and Defendants CITY OF SACRAMENTO and MARC LEE, by and through their respective counsels of record, that the above captioned action, SHARP INSPECTION GROUP, INC., et al. v. CITY OF SACRAMENTO, et al., Case No. 2:19-cv-02156-MCE-KJN is dismissed, with prejudice.  It is further stipulated that each side is to bear their own costs and attorney's fees.

DATED:  December 17, 2020        SUSANA ALCALA WOOD,
                                 City Attorney


                        By:   /s/ Melissa D. Bickel
                              **MELISSA D. BICKEL**
                              Senior Deputy City Attorney
                              Attorneys for the
                              CITY OF SACRAMENTO and MARC LEE

1

972061

| | |
|---|---|
| DATED: December 17, 2020 | THORNTON DAVIDSON, P.C. |

By: /s/ Thornton Davidson
**THORNTON DAVIDSON (SBN 166487)**
2025 West Shaw Ln., Ste. 101-C
Fresno, CA 93711
Tel.: (559) 476-5066
Fax.: (559) 421-0368
Attorneys for
SHARP INSPECTION GROUP, INC.,
ROBERT SHARP AND FRED SHARP

### ORDER

In accordance with the foregoing stipulation, and good cause appearing, this action is hereby dismissed, with prejudice, each side to bear its own costs and attorney's fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 11, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE